FILED
U.S. DISTRICT COURT
DIV.

IN THE UNITED STATES DISTRICT COURT 2011 AUG 23 PM 12: 06
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION     CLERK B. Ock
SO. DIST. OF GA.

UNITED STATES OF AMERICA,

      vs.

CASE NO.: CR211-007

ANGEL LUIS RIVERA

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Angel Luis Rivera ("Defendant") has been indicted on 11 counts of sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a). Defendant filed a Motion for Psychiatric Examination, which the undersigned granted by Order dated March 8, 2011. Dr. Manuel Gutierrez with the Bureau of Prisons examined Defendant to determine whether Defendant is competent to stand trial and whether Defendant understood the nature and quality of his alleged crime and could differentiate between right and wrong at the time of his alleged criminal conduct. The undersigned conducted a hearing on August 18, 2001, at which Dr. Gutierrez testified telephonically as to Defendant's competency to stand trial.

In Dusky v. United States, 362 U.S. 402 (1960), the Supreme Court set forth the test to determine whether a defendant is competent to stand trial. This two-pronged test has been followed in the Eleventh Circuit on several occasions. See, e.g., Wright v. Sec'y for Dep't of Corr., 278 F.3d 1245, 1256 (11th Cir. 2002). Specifically, the

AO 72A
(Rev. 8/82)

Eleventh Circuit stated in Wright, "the standard for mental competency to stand trial is 'whether [a defendant] has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding—and whether he has a rational as well as factual understanding of the proceedings against him.'" Wright, 278 F.3d at 1256 (quoting Dusky, 362 U.S. at 402).

In his report, Dr. Gutierrez opined that Defendant "has an adequate base of factual knowledge[ ]" of court proceedings. (Forensic Evaluation, p. 9). In so doing, Dr. Gutierrez stated Defendant had a good comprehension of the legal system and provided "correct and detailed answers regarding his charges and the potential penalties involved." (Id.). Dr. Gutierrez also stated that Defendant was aware of plea options, including the possible sentence he faced should he be found guilty of the charged offenses, and could accurately describe the roles and responsibilities of the courtroom participants. Dr. Gutierrez observed that Defendant's statements "reflected a coherent, non-delusional understanding of his current legal situation." (Id. at p. 10). Dr. Gutierrez declared that Defendant appeared to have the "necessary internal controls to behave appropriately in a courtroom setting." (Id.). Dr. Gutierrez stated that Defendant knows who his attorney is and that Defendant plans on being honest with defense counsel. Dr. Gutierrez is of the belief that Defendant is competent to stand trial. Dr. Gutierrez's testimony at the competency hearing was consistent with his report. The findings of Dr. Gutierrez are accepted as credible.

AO 72A
(Rev. 8/82)

## CONCLUSION

Based on the foregoing, it is my **RECOMMENDATION** that Defendant Angel Luis Rivera be found competent to stand trial.

**SO REPORTED** and **RECOMMENDED**, this 23rd day of August, 2011.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)